■ MICHAEL FITZGERALD, Plaintiff, v CITY OF NEW YORK et al., Respondents, and INTERNATIONAL CONTRACTORS SERVICES, LLC, Appellant. CITY OF NEW YORK, Third-Party Plaintiff, v A.H. HARRIS & SONS, INC., et al., Third-Party Defendant-Respondent, and INTERNATIONAL CONTRACTORS SERVICES, LLC, Third-Party Defendant-Appellant. [33 NYS3d 899]—

Order, Supreme Court, Bronx County (Laura G. Douglas, J.), entered August 4, 2015, which, inter alia, granted the motion of defendant/third-party plaintiff City of New York and cross motion of defendant/third-party defendant A.H. Harris & Sons, Inc. for an order conditionally striking International Contrac-

tors Services' third-party answer, unanimously affirmed, without costs.

The IAS court providently exercised its discretion in conditionally striking third-party defendant International Contractor Services' third-party answer based on its repeated failure to comply with discovery directives (*see e.g. Loeb v Assara N.Y. I L.P.*, 118 AD3d 457, 457 [1st Dept 2014]). We have considered the remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Andrias, Webber and Gesmer, JJ.